## No. 5045.

### OCTAVE REGGIO, Curator, v. BLANCHIN & GIRAUD.

In the order of seizure and sale sued out against the defendants, who are third possessors of the mortgaged property, there are two fatal defects:

*First*—The mortgageor is not made party.

*Second*—The mortgage does not contain the nonalienation clause.

The plaintiff has mistaken his remedy. It is in a hypothecary action.

APPEAL from the Fourth District Court, parish of Orleans. *Lynch, J. Sambola & Ducros*, for plaintiff and appellee. *E. H. McCaleb*, for defendants and appellants.

WYLY, J. This is an order of seizure and sale sued out against the defendants, who are third possessors of the mortgaged property. There are two fatal defects:

*First*—The mortgageor is not made party.

*Second*—The mortgage does not contain the nonalienation clause.

The plaintiff has mistaken his remedy. It is in a hypothecary action. C. P., articles 68, 69 and 70.

It is therefore ordered that the judgment appealed from be annulled, and that petitioner be dismissed with costs.